SUPREME JUDICIAL COURT 
 
 CHRISTIAN CORCHADO vs. COMMONWEALTH

 
 Docket:
 SJC-13684
 
 
 Dates:
 May 7, 2025
 
 
 Present:
 
 
 
 County:
 
 

 
 Keywords:
 Supreme Judicial Court, Superintendence of inferior courts. Practice, Civil, Moot case, Dismissal of appeal.
 
 

 The petitioner, Christian Corchado, appeals from the judgment of a single justice of this court denying without a hearing his petition pursuant to G. L. c. 211, § 3, whereby Corchado sought to vacate the finding of dangerousness and certain conditions of bail imposed in his District Court criminal case.  See G. L. c. 276, § 58A.  
           After the commencement of Corchado's appeal, the underlying District Court case to which the contested § 58A order applied was dismissed.  Subsequently, Corchado was indicted in the Superior Court, and a new bail was set at his arraignment, which did not include the challenged conditions.  Corchado's appeal is therefore moot.  See Mendonza v. Commonwealth, 423 Mass. 771, 777 (1996).  See also Lynn v. Murrell, 489 Mass. 579, 582 (2022). 
           Corchado asks this court to exercise its discretion to review the judgment of the single justice regardless of mootness.  "Although we have in the past decided issues concerning . . . [this] statute[] in moot cases, . . . we decline in the exercise of our discretion to do so here."  LaChance v. Commonwealth, 437 Mass. 1013, 1014 (2002).  See also Mendonza, 423 Mass. at 777 ("This doctrine is designed to assist in the clarification of the law generally, and not simply to assist the situation of a particular party").  The Commonwealth has moved to dismiss the appeal as moot, and its motion is allowed.
      Appeal dismissed.
 
 
      The case was submitted on briefs.
      John Bosk for the petitioner.
      Ellyn H. Lazar, Assistant District Attorney, for the Commonwealth.